IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNA STONE | * | |
| | * | |
| PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| BAY AREA CREDIT SERVICE, L.L.C. | * | COMPLAINT AND |
| | * | DEMAND FOR A JURY TRIAL |
| DEFENDANT | * | |

**COMPLAINT**

I. Introduction

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3. Plaintiff, Anna Stone ("Plaintiff" or "Ms. Stone"), is a natural person who resides in East Baton Rouge Parish, Louisiana and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Bay Area Credit Service, L.L.C. (hereinafter referred to as "Bay Area Credit" or "defendant") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is CT Corporation System, 5615 Corporate

Boulevard, Baton Rouge, LA 70808. Bay Area Credit, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. On January 15, 2008, Plaintiff spoke with an employee of Defendant Bay Area Credit identified as "Mike Williams" about a debt that the Plaintiff allegedly owed to Bay Area Credit in the amount of approximately $15,000.00.

6. This alleged debt arose from a credit card which was used for personal purposes.

7. During this conversation, Mr. Williams repeatedly informed the Plaintiff that the alleged account would "go into litigation" unless she made some type of payment to the Defendant.

8. Mr. Williams later told the Plaintiff, "we're gonna have to, um, try to get this thing settled before the end of the week, ok?...Either way we're gonna need to have to get something done by Friday. Ok? Other than that I'm gonna have to turn your account in to litigation."

9. Mr. Williams further told the Plaintiff that the alleged debt would appear on the Plaintiff's credit report "until the entire debt is paid in full."

10. The Plaintiff did not make any payments or agreements to pay this alleged debt and suit was not filed against her for this alleged debt.

11. This alleged debt prescribed no later than the end of February 2008.

**DEFENDANT'S PRACTICES**

12. Defendant Bay Area Credit violated numerous provisions of the FDCPA

including but not limited to sections 1692e, 1692e(5), and 1692e(10).

13. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which he should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against Defendant Bay Area Credit Service, L.L.C. for:

a. Additional damages;

b. Actual damages;

c. Attorney fees, litigation expenses and costs; and

d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number:  20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com