# GARTH J. RIDGE
ATTORNEY AT LAW
TAYLOR OFFICE BUILDING
251 FLORIDA STREET, SUITE 301
BATON ROUGE, LA 70801

TEL: (225) 343-0700
FAX: (225) 343-7700

February 20, 2009

Judge Frank J. Polozola
United States District Court
Middle District of Louisiana
777 Florida Street, Room 313
Baton Rouge, Louisiana 70801

Re:   Anna Stone vs. Bay Area Credit Service, LLC
      Civil Action No:     09-21-FJP-CN
      United States District Court for the Middle District of Louisiana

Dear Judge Polozola:

I am notifying the court that a settlement has been reached in this matter but, not consummated.

If you have any questions with regard to the above, please do not hesitate to contact me.

With warm professional regards and courtesies, I remain

Sincerely,

Garth J. Ridge

GJR/pkt
cc:   Ms. Anna Stone (via e-mail)
      Mr. Nick Lorio (via e-mail)
      Ms. Allison Browne (via e-mail)